# LIST OF EXHIBITS TO PLAINTIFF'S COMBINED
# MOTION FOR SUMMARY JUDGMENT AND RESPONSE
# TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

**Exhibit A** – Downers Grove Zoning Board of Appeals Minutes, November 19, 2014.

**Exhibit B** – Plaintiff's Expert Report – Summary of Expert Opinions of Charles R. Taylor, Ph.D.

**Exhibit C** – Downers Grove Village Council Meeting Minutes, September 2, 2014, September 9, 2014, and October 7, 2014.

**Exhibit D** – Letter from Patrick Ainsworth, Downers Grove Planner, dated November 26, 2014.

**Exhibit E** – Downers Grove Zoning Ordinance, Article 15.

**Exhibit F** – Downers Grove, Municipal Code, Chapter 7, Buildings.

**Exhibit G** – Downers Grove Plan Commissioner Meeting Minutes, July 6, 2015.

**Exhibit H** – Downers Grove Village Council Meeting Minutes, July 14, 2015.

**Exhibit I** – Downers Grove Village Council Meeting Minutes, July 21, 2015

**Exhibit J** – Downers Grove Village Council Meeting Minutes, November 11, 2015.

**Exhibit K** – Downers Grove Village Council Meeting Minutes, November 18, 2015.